ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| OHL USA, Inc. | ) ASBCA Nos. 62232-ADR, 62396-ADR |
| | ) 62397-ADR, 62398-ADR |
| | ) 62399-ADR, 62400-ADR |
| | ) 62463-ADR, 62534-ADR |
| | ) 62535-ADR, 62536-ADR |
| | ) 62537-ADR, 62538-ADR |
| | ) 62539-ADR, 62540-ADR |
| | ) 62541-ADR, 62542-ADR |
| | ) 62543-ADR, 62544-ADR |
| | ) 62545-ADR, 62546-ADR |
| | ) 62547-ADR, 62548-ADR |
| | ) 62663-ADR, 62664-ADR |
| | ) 62665-ADR, 62666-ADR |
| | ) 62667-ADR, 62668-ADR |
| | ) 62756-ADR, 62757-ADR |
| | ) 62758-ADR |
| | ) |
| Under Contract No. W912PL-16-C-0037 | ) |

APPEARANCES FOR THE APPELLANT:     Neal J. Sweeney, Esq.
                                    Jones Walker LLP
                                    Atlanta, GA

                                    Christopher D. Cazenave, Esq.
                                    Jones Walker LLP
                                    New Orleans, LA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                    Engineer Chief Trial Attorney
                                    John F. Bazan, Esq.
                                    Engineer Trial Attorney
                                    U.S. Army Engineer District, Los Angeles

OPINION BY ADMINISTRATIVE JUDGE  WOODROW

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained.  In the nature of a

consent judgment, the Board makes a monetary award to appellant in the amount of $4,800,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: December 2, 2021

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62232-ADR, 62396-ADR, 62397-ADR, 62398-ADR, 62399-ADR, 62400-ADR, 62463-ADR, 62534-ADR, 62535-ADR, 62536-ADR, 62537-ADR, 62538-ADR, 62539-ADR, 62540-ADR, 62541-ADR, 62542-ADR, 62543-ADR, 62544-ADR, 62545-ADR, 62546-ADR, 62547-ADR, 62548-ADR, 62663-ADR, 62664-ADR, 62665-ADR, 62666-ADR, 62667-ADR, 62668-ADR, 62756-ADR, 62757-ADR, 62758-ADR, Appeals of OHL USA, Inc., rendered in conformance with the Board's Charter.

Dated: December 2, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2